■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS ANDERSON, Also Known as CARLOS SAMUEL, Also Known as JOHN CHARLES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered May 19, 1988, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the submission of a verdict sheet to the jury deprived him of a fair trial is not preserved for appellate review (see, CPL 470.05 [2]; *People v Lugo*, 150 AD2d 502; *People v Mathis*, 150 AD2d 613). Moreover, in view of the overwhelming evidence of guilt, which included testimony of an eyewitness who had known the defendant over a period of 8 or 9 months, we decline to review the error in the exercise of our interest of justice jurisdiction (see, *People v Lugo, supra; People v Decambre*, 143 AD2d 927).

The defendant raises numerous claims of improper conduct by the prosecutor which he contends deprived him of a fair trial. For the most part, the allegations of errors arising from the comments were not preserved for appellate review by the registering of timely objections (CPL 470.05 [2]). In those instances in which objections were interposed and sustained, no further relief or curative instructions were requested, nor was a motion for a mistrial made, so that the court must be deemed to have corrected the errors to the defendant's satisfaction and any further claims of error are unpreserved for appellate review (see, *People v Gibbs*, 59 NY2d 930, 932; *People v Medina*, 53 NY2d 951).

We have examined the defendant's remaining contentions, including those raised in his supplemental *pro se* brief, and find them to be without merit. Thompson, J. P., Bracken, Lawrence and Kunzeman, JJ., concur.